*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 16-BG-423**

FILED 7/28/16
District of Columbia
Court of Appeals

*Julio Castillo*
Julio Castillo
Clerk of Court

IN RE: CHRISTOPHER R. WALSH,
        Respondent.
**Bar Registration No. 425192**    **DDN: 48-16**

BEFORE: Glickman, Associate Judge, and Nebeker and Farrell, Senior Judges.

## ORDER
(FILED - July 28, 2016)

On consideration of the certified order indefinitely suspending respondent from the practice of law in the state of Minnesota with the right to seek reinstatement after six months, this court's May 18, 2016, order directing respondent to show cause why the functionally-equivalent reciprocal discipline of a six-month suspension with a fitness requirement should not be imposed, the statement of Disciplinary Counsel regarding reciprocal discipline, and it appearing that respondent failed to respond to this court's order or file his D.C. Bar R. XI, §14 (g) affidavit, it is

ORDERED that Christopher S. Walsh is hereby suspended from the practice of law in the District of Columbia for a period of six months with reinstatement conditioned on a showing of fitness. *See In re Sibley*, 990 A.2d 483 (D.C. 2010), and *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate). It is

FURTHER ORDERED that for purposes of reinstatement respondent's period of suspension will not begin to run until such time as he files an affidavit that fully complies with the requirements of D.C. Bar R. XI, § 14 (g).

**PER CURIAM**